IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| THE STATE OF TEXAS, | § | |
| --- | --- | --- |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:17-cv-1055-B |
| | § | |
| QUINCY BLAKELY, | § | |
| | § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. An objection was filed by Defendant Quincy Blakely. The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. After filing his objections, Defendant filed a motion for temporary restraining order ("TRO"). But, because the Court has accepted Judge Horan's recommendation that the Court lacks subject matter jurisdiction over this case, necessitating its remand to state court, the Court need not consider the merits of the motion for TRO.

**SO ORDERED.**

DATE: May 12, 2017

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE

-1-